# Exhibit B



**Product Name:**     Apple Fritter

### Nutrition Facts

Serving Size 1 Doughnut (100g)
Servings per Container

**Amount Per Serving**

| | | | |
|---|---|---|---|
| **Calories** 350 | | Calories from Fat | 170 |
| | | | % Daily Value |
| **Total Fat** 19g | | | 29% |
|     Saturated Fat   9g | | | 45% |
|     *Trans* Fat   0g | | | |
| **Cholesterol**   0mg | | | 0% |
| **Sodium**   110mg | | | 5% |
| **Potassium**   45mg | | | |
| **Total Carbohydrates**   42g | | | 14% |
|     Dietary Fiber   1g | | | 4% |
|     Sugars   26g | | | |
| **Protein**   4g | | | |
| Vitamin A | 0% | Vitamin C | 10% |
| Calcium | 8% | Iron | 6% |

*Percent(%) Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower based on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
|     Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrates | | 300g | 375g |
|     Dietary Fiber | | 25g | 30g |

Calories per gram
Fat 9  *  Carbohydrates 4  *  Protein 4

**Ingredients: Doughnut** (Enriched Wheat Flour (Wheat Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid and Enzyme), Vegetable Shortening (Palm Oil, Fully and/or Partially Hydrogenated Soybean Oil, and/or Partially Hydrogenated Cottonseed Oil, Cottonseed Oil, and/or Soybean Oil, Mono and Diglycerides and Polyglycerol Esters and/or BHT and/or Tocopherol and/or Citric Acid), Water, Dextrose, Yeast, Soy Flour, Salt, Wheat Gluten, Monoglycerides, Monocalcium Phosphate Monohydrate, Lecithin, Sugar, Calcium Propionate (To Maintain Freshness), Dried Milk Powder, Ethoxylated Monoglycerides, Cellulose Gum, Calcium Sulfate, Maltodextrin, Ascorbic Acid, Natural and Artificial Flavors, Sorbitan Monostearate, Ammonium Sulfate, Dicalcium Phosphate, Enzyme, Tricalcium Phosphate, Diammonium Phosphate); **Glaze** (Sugar, Water, Corn Starch, Partially Hydrogenated Soybean Oil, Calcium Sulfate And/Or Calcium Carbonate, Agar, Dextrose, Natural and Artificial Flavors, Salt, Disodium Phosphate, Locust Bean Gum And/Or Mono and Diglycerides); **Filling** (Apples, Water, Corn Syrup, Ground Cinnamon).

Allergens: Wheat, Soy, Milk

| | |
|---|---|
| **Issue Date:** | 3/22/2016 1:26:26 PM |
| **Revision Date:** | 9/16/2016 V:2 Allergen Disclaimer Change |

Our facilities produce products with peanuts, tree nuts, soy, milk, eggs and wheat. While we take steps to minimize the risk of cross contamination, we cannot guarantee that any of our products are safe to consume for people with peanut, tree nut, soy, milk, egg or wheat allergies.